# PD-0422-15

NO. _____

COURT OF APPEALS NO. 03-14-00236-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

KEVIN TODD HARDIN,
Appellant/Petitioner

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

v.

THE STATE OF TEXAS,
Appellee/Respondent

On appeal from the Third Court of Appeals
Austin, Texas

## PETITIONER'S MOTION TO EXTEND THE TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the Appellant/Petitioner, Kevin Todd Hardin, and respectfully requests that the time for filing of Petitioner's Petition for Discretionary Review in the above styled and numbered cause be extended. In support of this motion Petitioner would show the Court the following:

### I.

Petitioner was convicted of evading arrest with a vehicle and was sentenced to 99 years' imprisonment. On March 25, 2015, in Opinion No. 03-14-00236-CR, the Third Court of Appeals affirmed the judgment of the trial court.

1

## II.

Petitioner's Petition for Discretionary Review is due on or before April 24, 2015. Petitioner respectfully requests an extension of time until June 23, 2015.

## III.

No previous extension of time has been requested.

## IV.

Petitioner would show the Court that a reasonable explanation exists for the requested extension. Petitioner is currently incarcerated in the Mark W. Michael Unit of the Texas Department of Criminal Justice - Institutional Division in Tennessee Colony, Texas. Petitioner has limited access to the Unit law library in which to prepare his Petition for Discretionary Review. Petitioner is also proceeding pro se.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Kevin Todd Hardin respectfully requests that the time for the filing of Petitioner's Petition for Discretionary Review be extended until June 23, 2015.

Respectfully submitted,

KEVIN TODD HARDIN
PETITIONER
TDCJ No. 1920319
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served by placing same in the United States Mail, postage prepaid, addressed to: Burnet County District Attorney's Office, P.O. Box 725, Llano, Texas 78643 and State Prosecuting Attorney, P.O. Box 13046, Austin, Texas 78711-3046 on this 7th day of April, 2015.

KEVIN TODD HARDIN